IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Thomas, Eric

Printed: 03/24/09

Case Number:  08 B 25639

Judge:  Goldgar, A. Benjamin

Filed:  9/26/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed: February 3, 2009

Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,500.00 |  |
| Secured: |  | 1,219.84 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 181.16 |
| Trustee Fee: |  | 99.00 |
| Other Funds: |  | 0.00 |
| Totals: | 1,500.00 | 1,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,450.00 | 181.16 |
| 2. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 3. | Matco Tools | Secured | 0.00 | 0.00 |
| 4. | Monterey Collection Service | Secured | 0.00 | 0.00 |
| 5. | Tidewater Credit Services | Secured | 0.00 | 0.00 |
| 6. | Harley Davidson Credit | Secured | 15,321.00 | 1,219.84 |
| 7. | Barclays Capital Real Estate | Secured | 17,000.00 | 0.00 |
| 8. | Internal Revenue Service | Priority | 1,555.32 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 378.21 | 0.00 |
| 10. | Village of Lansing | Unsecured | 5,075.00 | 0.00 |
| 11. | Harley Davidson Credit | Unsecured | 2,052.86 | 0.00 |
| 12. | LADCO Leasing | Unsecured | 2,189.66 | 0.00 |
| 13. | Monterey Collection Service | Unsecured | 314.90 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 46,714.34 | 0.00 |
| 15. | Myra Washington | Priority | | No Claim Filed |
| 16. | Village Of Alsip | Unsecured | | No Claim Filed |
| 17. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | $ 94,051.29 | $ 1,401.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 99.00 |
| | $ 99.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Thomas, Eric

Printed: 03/24/09

Case Number:  08 B 25639
Judge:  Goldgar, A. Benjamin
Filed:  9/26/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: